AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

5:21-CV-02347-EEF-KDM
## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Nelson** was received by me on *(date)* __Jan 18, 2022__.

- I personally served the summons on **Nelson** at *(place)* __At his Residence 1061 Abbie Glenn Lne Shreport / Shreveport__ on *(date)* __Jan 24, 2022__ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- I returned the summons unexecuted because _____ ; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __Jan 28, 2022__

__Jon Bullock__
*Server's signature*

__Jon Bullock PI__
*Printed name and title*

__12359 Mansfield Hwy Keithville LA 71047__
*Server's address*

Additional information regarding attemped service, etc: